PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Fred Isaac WILLIAMS |
| **Docket Number:** | 2:99CR00422-06 |
| **Offender Address:** | Suisun City, California |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 07/29/2002 |
| **Original Offense:** | 18 USC 371 - Conspiracy<br>(CLASS D FELONY) |
| **Original Sentence:** | 36 months probation; $100 special assessment; $7,772.29 restitution. |
| **Special Conditions:** | Search and seizure; Financial disclosure; No new credit charges or additional lines of credit without a probation officer approval; Drug testing and counseling; Aftercare co-payment. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 07/29/2002 |
| **Assistant U.S. Attorney:** | Chris Sonderby            **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Scott Tedmon              **Telephone:** (916) 441-4547 |

**Other Court Action:**

**01/13/2003**:   Returned to court for drug use (marijuana). Probation continued under original terms of probation with the additional special condition that probationer complete 40 hours of community service.

**RE:   Fred Issac WILLIAMS**
      **Docket Number:   2:99CR00422-06**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

### 1.   IRREGULAR FINE/RESTITUTION PAYMENTS

The offender will owe an outstanding balance toward his financial obligation when the term of probation expires on July 28, 2005.

**Details of alleged non-compliance:**  The offender has paid a total of $30.00 towards the $7,872.29 financial obligation ordered.

**United States Probation Officer Plan/Justification:**  As referenced in the presentence report, in 1985, the offender was involved in a diving accident in which he suffered a broken neck and is paralyzed from his waist down.  Throughout the term of supervision, the offender has been unemployed, subsisting on $777.00 per month in Social Security Disability payments.  These payments are barely enough money to cover the offender's normal monthly living expenses.  Because of such, the offender has been unable to contribute money toward his financial obligation ordered by the Court.

The Financial Litigation Unit of the U.S. Attorney's Office will be notified of the impending termination of supervision and will continue collection efforts beyond expiration of supervision.

RE:   Fred Issac WILLIAMS
      Docket Number:   2:99CR00422-06
      **REPORT OF OFFENDER NON-COMPLIANCE**

The Probation Office recommends that no formal action be initiated based on the probationer's failure to pay the full amount of restitution during the period of supervision. The Probation Office recommends that the case be allowed to expire as scheduled on July 28, 2005.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**
Telephone:  (916) 930-4306

**DATED:**   June 1, 2005
             Sacramento, California
             GPS/cp

**REVIEWED BY:**   /s/Rafael G. Loya
                   **RAFAEL G. LOYA**
                   **Supervising United States Probation Officer**

**RE:    Fred Issac WILLIAMS
        Docket Number:   2:99CR00422-06
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>**

---

**THE COURT ORDERS:**

[ x ]    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

[  ]    Submit a Request for Modifying the Conditions or Term of Supervision.

[  ]    Submit a Request for Warrant or Summons.

[  ]    Other:

| | |
|---|---|
| <u>June 2, 2005</u> | <u>/s/ Frank C. Damrell Jr.</u> |
| **Date** | **Signature of Judicial Officer** |

cc:    United States Probation
       Chris Sonderby, Assistant United States Attorney
       Scott Tedmon, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)